**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 11-6216**

———————————

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

    v.

HOSEA FANADISE HAMPTON,

             Defendant - Appellant.

———————————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  James A. Beaty, Jr., Chief District Judge.  (1:99-cr-00320-JAB-1)

———————————

Submitted:  June 30, 2011              Decided:  July 13, 2011

———————————

Before MOTZ, DAVIS, and DIAZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Hosea Fanadise Hampton, Appellant Pro Se.  Robert Michael Hamilton, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hosea Fanadise Hampton appeals the district court's order denying his motion filed pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Hampton, No. 1:99-cr-00320-JAB-1 (M.D.N.C. Jan. 28, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2